IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&O SUPPLY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 4:19-CV-00153 |
| BRANDON PITRE, TOBI JOHNSON, WILLIAM TERRY, WILLIAM FULLER, and INDEPENDENCE VLAVE & SUPPLY, LLC | § § § § § § | Hon. Kenneth M. Hoyt JURY TRIAL DEMANDED |
| Defendants. | § | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR PRELIMINARY INJUNCTION**

Defendants Brandon Pitre, Tobi Johnson, William Terry, William Fuller, and Independence Valve & Supply, LLC (collectively "Defendants"), respectfully move the Court to dismiss Plaintiff's Amended Complaint and Request for Preliminary Injunction under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this motion, Defendants submit a memorandum in support of their motion and include a proposed order.

Dated: March 8, 2019                    Respectfully submitted,

                                                                                        Johnson & Associates,
Attorneys at Law PLLC

By:  */s/ Christopher L. Johnson*
      Christopher L. Johnson
      Attorney-in-Charge
      Texas State Bar No. 24069999
      Federal ID No. 1050247
      chris@Johnson-attorneys.com
      Justin M. Kornegay
      Texas State Bar No. 24077668
      Federal ID No. 1717328
      justin@Johnson-attorneys.com
      Morgan A. Jenkins
      Texas State Bar No. 24106141
      Federal ID No. 3364193
      morgan@johnson-attorneys.com
      303 East Main Street
      Suite 100
      League City, Texas 77573
      Main:281-895-2410
      Fax: 409-263-1020

COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I, herby certify that a true and correct copy of the foregoing has been served on all counsel of record whom have appeared in this case via the Southern District of Texas Electronic Case Filing System on March 8, 2019.

                                                             */s/ Christopher L. Johnson*
                                                              Christopher L. Johnson